**FILED**
MAR 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

## AFFIDAVIT OF PETITION FOR VIOLATION OF SUPERVISED RELEASE IN REMOVAL PROCEEDINGS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MAGISTRATE JUDGE KEYS |
| v. | ) | |
| BRIAN EDWARD TEDFORD | ) | CASE NUMBER: 08CR 234 |

The undersigned Affiant personally appeared before ARLANDER KEYS, a United States Magistrate Judge, and being duly sworn on oath, states: That at the SOUTHERN DISTRICT OF MISSISSIPPI, one BRIAN EDWARD TEDFORD was charged with violation of the condition(s) of his supervised release in UNITED STATES v. BRIAN E. TEDFORD, 3:07cr2TSL-LRA (S.D. Miss.), and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant (*see* Exhibit A - Warrant for Arrest of Supervised Release).

Wherefore, Affiant prays that the defendant be dealt with according to law.

MICHAEL D. SCHULTE,
Deputy United States Marshal
United States Marshal's Service

Subscribed and Sworn to before me this
20th day of March, 2008.

ARLANDER KEYS
United States Magistrate Judge

AUSA ANDREW S. BOUTROS

Bond set [or recommended] by issuing Court at _____

# EXHIBIT A

AO 442   (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

SOUTHERN  District of  MISSISSIPPI

U.S. MARSHALS SERVICE
SMS - WARRANTS RECEIVED
2008 MAR -7 A 7 53

UNITED STATES OF AMERICA

V.

BRIAN E. TEDFORD

**WARRANT FOR ARREST**

Case Number:  3:07cr2TSL-LRA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____BRIAN E. TEDFORD____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court

☐ Pretrial Release Violation Petition  ☐ Probation Violation Petition  ☒ Supervised Release Violation  ☐ Violation Notice

charging him or her with   (brief description of offense)

VIOLATION OF CONDITION(S) OF SUPERVISED RELEASE.

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☒ in violation of the conditions of his or her supervision imposed by the court.

| J. T. NOBLIN, CLERK | _[signature] S. Cook_ |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| S. Cook, Deputy Clerk | 03/05/2008       Jackson, MS |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |