# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 234-1 | **DATE** | 3/20/2008 |
| **CASE TITLE** | USA vs. Brian Edward Tedford | | |

**DOCKET ENTRY TEXT**

Removal proceedings held.  The Defendant appears in response to arrest on 3/20/08.   Ronald J. Clark  is appointed as counsel for Defendant.  Defendant waives identity hearing.  The Defendant is ordered removed to the Southern District of Mississippi  in the custody of the U.S. Marshal without prejudice to his right to address the issue of bond at a later date.  *AK*

Docketing to mail notices.

00:07

| | Courtroom Deputy Initials: | AC |
|---|---|---|