UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**　　　　　　　　　　　**OFFICE OF THE CLERK**
　　**CLERK**　　　　　　　　　　　　　　　　　　March 25, 2008

Southern District of Mississippi
Mr. J. T. Noblin, Clerk
United States District Court
Post Office Box 23552
Jackson, MS 39225-3552

**Re:**　USA v. Brian Edward Tedford - 08 CR 234

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | |
|---|---|
| _X_ Docket Sheet, Case No.: 08 CR 234 | _X_ Order of Removal dated: 3/20/08 |
| _X_ Affidavit in Removal | ____ Final Commitment Proceedings |
| _X_ Financial Affidavit | ____ Temporary Commitment |
| _X_ Order appointing counsel | ____ Order setting conditions of release |
| ____ CJA 20 Form | ____ Detention Order |
| _X_ Appearance form | ____ Appearance Bond |
| | ____ Other(see docket for entries): |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

　　　　　　　　　　　　　　　　　　　　Sincerely yours,

　　　　　　　　　　　　　　　　　　　　Michael W. Dobbins, Clerk

　　　　　　　　　　　　　　　　　　　　by: _____
　　　　　　　　　　　　　　　　　　　　　　Marsha E. Glenn, Deputy Clerk