| COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to: 08 CR 234<br><br>Southern District of Mississippi<br>Mr. J. T. Noblin, Clerk<br>United States District Court<br>Post Office Box 23552<br>Jackson, MS 39225-3552 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>08 CR 234<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 2150 0005 2036 0081 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

FILED
APR - 8 2008  YM
Apr 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT