UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
APR 0 2 2008
J. T. NOBLIN, CLERK
BY_____ DEPUTY

**MICHAEL W. DOBBINS,**
**CLERK**

OFFICE OF THE CLERK
March 25, 2008

Southern District of Mississippi
Mr. J. T. Noblin, Clerk
United States District Court
Post Office Box 23552
Jackson, MS 39225-3552

*3:04012 TSL-LRA*

Re:  USA v. Brian Edward Tedford - 08 CR 234

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

 X   Docket Sheet,                             X   Order of Removal dated: 3/20/08
         Case No.: 08 CR 234

 X   Affidavit in Removal                    ___ Final Commitment Proceedings

 X   Financial Affidavit                      ___ Temporary Commitment

 X   Order appointing counsel            ___ Order setting conditions of release

 ___ CJA 20 Form                             ___ Detention Order

 X   Appearance form                        ___ Appearance Bond

                                                         ___ Other(see docket for entries):

FILED APR 0 9 2008 MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by_____
Marsha E. Glenn, Deputy Clerk